■ NEAL NELSON, Respondent, v. VINEL, INC., Appellant, et al., Defendants.— Motion for stay of proceedings pending appeal to this court from a judgment of foreclosure granted on the following terms and conditions: 1. That within 10 days of the date of this decision the defendant-appellant provide security in the amount of ($1,000) to safeguard plaintiff-respondent against waste. 2. That the record on appeal and the brief of the defendant-appellant be filed in this court on or before August 15, 1966 and the brief of plaintiff-respondent be filed 30 days thereafter, the appeal to be added to the calendar and argued at a term of this court commencing September 7, 1966. Gibson, P. J., Herlihy, Taylor, Aulisi and Staley, Jr., JJ., concur.

## FOURTH DEPARTMENT, JULY, 1966

### (July 1, 1966)

■ PHILLIP J. McNELLIS, as Trustee of DONALD S. POTTER and Another, Bankrupts, Appellant, v. COLUMBIA UNIVERSITY, Respondent.— Order unanimously modified in accordance with the Memorandum and as modified affirmed, without costs of this appeal to either party. Memorandum: The order should be modified to provide that the trustee shall supply particulars not heretofore furnished as to the liabilities of Donald S. Potter as of December 31, 1959, December 31, 1960, December 31, 1961, December 31, 1962, including the amount of each liability, the name of the obligee, the nature of the consideration paid by the obligee to Donald S. Potter, which gave rise to the liability and which supports the debt as a legal liability of Donald S. Potter and whether or not such liability of Donald S. Potter was fixed or contingent. See Memorandum in companion case of *Commercial Trading Co.* v. *Potter Securities Corp.* (26 A D 2d 761) decided herewith. (Appeal from order of Onondaga Special Term directing service of a further bill of particulars.) Present — Williams, P. J., Bastow, Henry, Del Vecchio and Marsh, JJ.